HILLSBOROUGH.

| 66 | 575 |
| 72 | 214 |

LOGAN & a. v. EATON & a.

A grantor's statement, in a conveyance of his interest in a tract of land, that his interest is five twelfths of the land, and his covenant to warrant and defend said premises against all persons claiming by, from, or under him, estop his denial of the fact that the deed conveyed five twelfths.

PETITION FOR PARTITION. Issue as to title. The plaintiff, Mrs. Logan, had quitclaimed to Chase, the defendant's grantor,

her interest in a tract of land by a deed containing this clause, " my interest in the same being one undivided half of the interest of the said Samuel Greeley at his decease, which interest was five undivided sixth part," and a covenant to warrant and defend " said premises " against all persons claiming by, from, or under the grantor.

*H. B. Atherton*, for the plaintiffs.

*G. B. French*, for the defendants, cited *March* v. *Railroad*, 43 N. H. 515, 521; 3 Smith Ld. Cas. (ed. 1889) 2,108; 2,109; Rawle Cov., ss. 245, 247, 248, 255; *Fletcher* v. *Chamberlin*, 61 N. H. 438, 474, 476; *Bensley* v. *Burdon*, 2 Sim. & St. 524; *Bowman* v. *Taylor*, 2 A. & E. 278; *Reynolds* v. *Cook*, 83 Va. 817–821; *French* v. *Spencer*, 21 How. 228; Big. Est. 332; *Carver* v. *Jackson*, 4 Pet. 1; *Batchelder* v. *Lovely*, 69 Me. 33, 38; *Magruder* v. *Esmay*, 35 Ohio St. 221; *Clark* v. *Baker*, 14 Cal. 612–629; *Nixon* v. *Carco*, 28 Miss. 414, 426; *Bush* v. *Person*, 18 How. 82, 85; *Goodtitle* v. *Bailey*, Cowp. 597, 600; *Gibson* v. *Chouteau*, 39 Mo. 536, 567; *Moore* v. *Crawford*, 130 U. S. 122, 130; *Smith* v. *Williams*, 44 Mich. 242; *Smith* v. *Pendell*, 19 Conn. 107.

DOE, C. J. The plaintiff is estopped to deny the truth of the deed by which she undertook to convey five twelfths of the land.

*Case discharged.*

CLARK, J., did not sit: the others concurred.